Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                         Criminal No.        23-27

ANTONIO OSEGUERA CERVANTES            Category    B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  5/8/2023  from  Judge Beryl A. Howell

to  Calendar Committee  by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Beryl A. Howell            & Courtroom Deputy
      Calendar Committee

      U.S. Attorney's Office – Judiciary Square Building, Room 5133
      Statistical Clerk